**Opinion issued December 16, 2014**



In The

# Court of Appeals

For The

# First District of Texas

―――――――――――――――

## NO. 01-14-00381-CV

―――――――――――――――

**KAREY BERNARD STATIN, Appellant**

**V.**

**INVUM TWO LLC, Appellee**

---

**On Appeal from the County Civil Court at Law No 2**
**Harris County, Texas**
**Trial Court Case No. 1042961**

---

## MEMORANDUM OPINION

Appellant, Karey Bernard Statin, has neither paid the required fees nor established indigence for purposes of appellate costs. *See* TEX. R. APP. P. 5, 20.1; *see also* TEX. GOV'T CODE ANN. §§ 51.207, 51.208, 51.941(a), 101.041 (West 2013), § 101.0411 (West Supp. 2014); Order Regarding Fees Charged in the

Supreme Court, in Civil Cases in the Courts of Appeals, and Before the Judicial Panel on Multi-District Litigation, Misc. Docket No. 13-9127 (Tex. Aug. 16, 2013). Further, appellant has not paid or made arrangements to pay the fee for preparing the clerk's record. *See* TEX. R. APP. P. 37.3(b). After being notified that this appeal was subject to dismissal, appellant did not adequately respond. *See* TEX. R. APP. P. 5, 37.3(b), 42.3(b), (c).

On July 22, 2014, appellee filed a motion to dismiss this appeal on the basis that, among other things, appellant has not paid the required fees. Appellant did not file a response to the motion to dismiss. The motion to dismiss is granted.

Accordingly, we dismiss the appeal for nonpayment of all required fees. We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Jennings, Massengale, and Brown.